UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

EDGAR DIAZ,

      Plaintiff,

v.

                                     No. 5:26-CV-052-H

EQUIFAX INFORMATION SERVICES,
LLC,

      Defendant.

### ORDER

Before the Court is the plaintiff's Notice of Settlement. Dkt. No. 14. The plaintiff informs the Court that the parties have reached a settlement. *Id.* at 1. The Court, finding good cause, vacates all pending deadlines in this matter. *See* Dkt. No. 13. Within 45 days of this Order, the parties shall file either a joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a proposed order or a joint status report regarding the settlement. The Clerk of Court is directed to administratively close this case for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

So ordered on June 24, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE